IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01717-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MERLYON BLACKBURN,

      Applicant,

v.

RICK RAEMISCH, Exec. Director C.D.O.C., Warden,
WARDEN HARDLEY, C.M.R.C., and
EL PASO COUNTY DISTRICT COURT,

      Respondents.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Applicant, Merlyon Blackburn, is in the custody of the Colorado Department of

Corrections at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado.

Mr. Blackburn has submitted an Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241 (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 2).

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Applicant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Applicant files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    __    is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __    is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5)    __    is missing required financial information
(6)    X    is not **signed and dated** by the prisoner
(7)    __    is not on proper form (must use the Court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    is missing a signed authorization to allow agency to disburse funds from inmate account
(10)   X    other: Applicant may pay the $5.00 filiong fee in advance in lieu of submitting the motion and affidavit.

**Complaint, Petition or Application**:
(11)   __    is not submitted
(12)   __    is not on proper form
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    names in caption do not match names in text
(17)   __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable attachments and instructions, at www.cod.uscourts.gov and shall use the form in curing the deficiencies.  It is

2

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 11, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge